```
          UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 14394
   STANLEY V LUCAS
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-6222


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.   The case was filed on 08/09/07 and confirmed on 10/24/07.

     2.   The case was dismissed after confirmation, 01/25/2008.

     3.   The Debtor paid a total of $    625.00 .

     4.   The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HOMEQ SERVICING CORP | CURRENT MORTG | .00 | .00 | .00 |
| HOMEQ SERVICING CORP | MORTGAGE ARRE | .00 | .00 | .00 |
| GMAC RESCAP LLC | SECURED | .00 | .00 | .00 |
| GMAC RESCAP LLC | MORTGAGE ARRE | 2300.00 | .00 | .00 |
| CENTRAL FURNITURE | SECURED | 500.00 | 1.96 | 43.04 |
| LAKEWOOD FALLS COMMUNITY | SECURED | 638.00 | .00 | 45.00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CHARTER ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO | UNSECURED | NOT FILED | .00 | .00 |
| COLLECTION CO OF AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| DFS ACCEPTANCE | UNSECURED | NOT FILED | .00 | .00 |
| FORD MOTOR CREDIT CO | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| IL STATE TOLL HWY AUTHOR | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| NEXTEL COMMUNICATIONS | UNSECURED | NOT FILED | .00 | .00 |
| PLAINS COMMERCE BK | UNSECURED | NOT FILED | .00 | .00 |
| SPRINT NEXTEL | UNSECURED | NOT FILED | .00 | .00 |
| CENTRAL FURNITURE | UNSECURED | 1348.50 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

     Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 3438.00 | .00 | 1348.50 | .00 | 4786.50 |
| PRINCIPAL PAID | 88.04 | .00 | .00 | .00 | 88.04 |
| INTEREST PAID | 1.96 | .00 | .00 | .00 | 1.96 |
| TOTAL PAID | 90.00 | .00 | .00 | .00 | 90.00 |

The Debtor's attorney, ROBERT J SEMRAD & ASSOC         , was allowed $   3500.00 and was paid $     657.00   direct and $     507.16   through the plan.

The Trustee received $      27.84 .

Refunds to the Debtor totaled $       .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


    Dated: 04/11/08                      /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE